# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>DENNIS ALBA,<br>        Defendant. | Case No. 2:19-cr-00070-JAD-CWH<br><br>**ORDER** |

Presently before the court is defendant Dennis Alba's motion (ECF No. 27), filed on May 23, 2019. The motion requests assistance with Alba's housing assignment at CCA Nevada Southern Detention Center in Pahrump. Alba filed the motion on a pro se basis, but he is represented by attorney David Fischer.

Under Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Given that Alba is represented by Fischer, the court will deny Alba's motion without prejudice for Fisher to file any motions he deems necessary. Alba is advised that all filings in his case must be made by his attorney.

IT IS THEREFORE ORDERED that defendant Dennis Alba's motion (ECF No. 27) is DENIED without prejudice.

DATED: May 29, 2019

                                                        **C.W. Hoffman, Jr.**
                                                        **United States Magistrate Judge**