# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DENNIS ALBA,

        Defendant.

Case No. 2:19-cr-00070-JAD-CWH

**ORDER**

Presently before the court is defendant Dennis Alba's Motion for an Order Directing Marshals to House Dennis Alba at CCA Nevada Southern Detention Center During the Pendency of his Trial (ECF No. 29), filed on May 30, 2019. The government filed a response (ECF No. 34) on June 13, 2019.

Alba requests to be transferred from the Henderson Detention Center to the CCA Nevada Southern Detention Center. According to Alba, given the resources available at Nevada Southern Detention Center, he will be in a better position to assist his attorney with trial preparation. The government responds that Alba was transferred to Nevada Southern Detention Center on June 3, 2019, making Alba's motion moot. Based on the government's representation regarding the transfer, the court will deny the motion as moot.

IT IS SO ORDERED.

DATED: June 19, 2019

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**